AO 83 (Rev. 06/09) Summons in a Criminal Case

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 JAN 20 AM 8:44
District of New Mexico
CLERK-ALBUQUERQUE

2022 JAN 18 PM 2:35

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 1084 1:17CR01360- 002JCH |
| Crystal Claire Campos | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: United States District Court<br>333 Lomas Blvd NW<br>Albuquerque, NM 87102<br>Before Magistrate Judge Laura Fashing | Courtroom No.: Hon. Remote |
|---|---|
| | Date and Time: January 24, 2022 at 1:30 p.m. |

This offense is briefly described as follows:
Shoplifting, missed drug tests, failure to report police contact

Date: January 13, 2022

*Issuing officer's signature*

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 1/19/2022

*Server's signature*

Paul Duran, DUSM
*Printed name and title*